# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BORIS BRANOVER,<br><br>    Plaintiff,<br><br>    vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA, CROWN ENERGY SERVICES DBA ABLE ENGINEERING SERVICES EMPLOYEE BENEFIT PLAN and DOES 1 through 10,<br><br>    Defendants. | Case No. 2:16-cv-07459-R (MRWx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:16-cv-07459-R (MRWx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated:  January 9, 2017

_____
Hon. Manuel L. Real
United States District Court Judge